IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EARL J GREENLEE,

    Plaintiff,

v.                                        CASE NO. 1:08-cv-00023-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation regarding the Complaint filed by Earl J. Greenlee. Upon consideration, the Magistrate Judge recommended the decision of the Commissioner denying benefits be affirmed. Plaintiff has not filed any objections to the Report and Recommendation. The Administrative Law Judge found that the Plaintiff has severe impairments, but can perform light work with no overhead lifting and only occasional bending, stooping, kneeling, crawling, and crouching. The Administrative Law Judge based these findings on substantial evidence, specifically the opinions and recommendations of Plaintiff's treating physicians. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 19, is ADOPTED and incorporated herein.

    2.    The decision of the Commissioner denying benefits is AFFIRMED.

    **DONE AND ORDERED** this  *9th* day of September, 2009



                                      Maurice M. Paul, Senior District Judge